```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06509
   ANGEL A AYALA
   MARIA R AYALA                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-6548      SSN XXX-XX-3187

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/11/07 and confirmed on 07/13/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  22245.31 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1248.90 | .00 | 1248.90 |
| FAIRLANE CREDIT | SECURED VEHIC | 1500.00 | 32.30 | 1500.00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 800.00 | 31.84 | 800.00 |
| STEEPLECHASE CONDO ASSOC | SECURED | 697.00 | .00 | 697.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| B LINE LLC | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | NOT FILED | .00 | .00 |
| FLEET SERVICES CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 918.34 | 4.48 | 918.34 |
| CAPITAL ONE BANK | UNSECURED | 858.53 | 4.19 | 858.53 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 169.45 | .84 | 169.45 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 693.57 | 3.37 | 693.57 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DRACAN IVKOVIC MD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| FLOOD BROTHERS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC IN DIGESTIVE DISEA | UNSECURED | 530.40 | 2.59 | 530.40 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| WELTMAN WEINBERG & REIS | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                           UNSECURED         NOT FILED              .00            .00
HSBC                           UNSECURED         NOT FILED              .00            .00
HSBC                           UNSECURED         NOT FILED              .00            .00
IC SYSTEMS                     UNSECURED         NOT FILED              .00            .00
SBC BANKRUPTCY DESK            UNSECURED         NOT FILED              .00            .00
CHASE BANK USA                 UNSECURED            943.63             4.60         943.63
LOU HARRIS                     UNSECURED         NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC       UNSECURED         NOT FILED              .00            .00
MANJULA KHANDELWAL MD          UNSECURED         NOT FILED              .00            .00
MACYS                          UNSECURED         NOT FILED              .00            .00
MED BUSINESS BUREAU            UNSECURED         NOT FILED              .00            .00
MEDICAL IMAGING PROFESSI       UNSECURED         NOT FILED              .00            .00
MIDWEST COMMERICAL MEDIC       UNSECURED         NOT FILED              .00            .00
MIDWEST UROLOGY                UNSECURED         NOT FILED              .00            .00
MIMIT PC                       UNSECURED         NOT FILED              .00            .00
NICOR GAS                      UNSECURED            641.30             3.12         641.30
NORTHERN IL EMERG & OCCU       UNSECURED         NOT FILED              .00            .00
PROGRESSIVE ASSET MGMT         UNSECURED         NOT FILED              .00            .00
TRI CAP INVESTMENT PARTN       UNSECURED            728.56             3.55         728.56
QUEST DIAGNOSTICS              UNSECURED         NOT FILED              .00            .00
RJM PATHOLOGY CONSULTANT       UNSECURED         NOT FILED              .00            .00
RYERSON EMPLOYEES CREDIT       UNSECURED           3494.98            17.03        3494.98
KANE COUNTY ANESTHESIA         UNSECURED         NOT FILED              .00            .00
KANE COUNTY ANESTHESIA         NOTICE ONLY       NOT FILED              .00            .00
SBC GLOBAL SERVICES INC        UNSECURED         NOT FILED              .00            .00
ASTA II BANK ONE NATL LI       UNSECURED         NOT FILED              .00            .00
SUPERIOR AMBULANCE             UNSECURED         NOT FILED              .00            .00
TELECOM USA                    UNSECURED         NOT FILED              .00            .00
TENNENBAUM ANSTADT             UNSECURED         NOT FILED              .00            .00
THE CASH STORE                 UNSECURED         NOT FILED              .00            .00
VILLAGE OF CAROL STREAM        UNSECURED         NOT FILED              .00            .00
VILLAGE OF OAK PARK            UNSECURED         NOT FILED              .00            .00
CPS CREDIT CARD SECURITY       UNSECURED         NOT FILED              .00            .00
FAIRLANE CREDIT                UNSECURED           1224.44            42.36        1224.44
INTERNAL REVENUE SERVICE       UNSECURED               .00              .00            .00
COMED                          UNSECURED            725.10             3.53         725.10
ROUNDUP FUNDING LLC            UNSECURED           1065.34             5.19        1065.34
------------------------------------------------------------------------------------------
CREDITOR NAME                   CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                       PAID           PAID
------------------------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   4245.90          .00    11993.64           .00      16239.54
PRINCIPAL PAID       4245.90          .00    11993.64           .00      16239.54
INTEREST PAID          64.14          .00       94.85           .00        158.99
TOTAL PAID           4310.04          .00    12088.49           .00      16398.53
```

The Debtor's attorney, RICHARD E SEXNER                , was allowed $   3820.00
and was paid $    601.00   direct and $   3219.00   through the plan.

The Trustee received $   1041.51 .

Refunds to the Debtor totaled $   1586.27 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                        PAGE   3
       CASE NO. 07 B 06509 ANGEL A AYALA & MARIA R AYALA
```